# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL JOE PHILLIPS, | § | |
| Petitioner, | § § § | |
| VS. | § | CIVIL ACTION NO. H-08-1418 |
| NATHANIEL QUARTERMAN, | § § § | |
| Respondent. | § | |

## ORDER

On May 22, 2008, this court entered an order dismissing the petition for writ of habeas corpus. (Docket Entry No. 3). Phillips's motion for reconsideration, (Docket Entry No. 8), is denied for the reasons stated in this court's order entered on May 22, 2008. Phillips's motion to proceed *in forma pauperis* on appeal, (Docket Entry No. 10), is granted. Phillips's motion for destruction of all records relating to his disciplinary charge, (Docket Entry No. 9), is denied as moot. Phillips's motion for record on appeal, (Docket Entry No. 11), is denied.

SIGNED on July 8, 2008, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge